UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                      Plaintiff,                    **MEMORANDUM**

      -against-                             7:22-cr-00088-KMK

Jazzna Wilcher,
                     Defendant.
-------------------------------------------------------------X

TO:  <u>Kenneth M. Karas, United States District Judge:</u>

      Please find attached a transcript of the 3/23/2022 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: March 30, 2022
       White Plains, New York

                                               Respectfully Submitted,

                                               s/ Paul E. Davison

                                               _____
                                               PAUL E. DAVISON
                                               United States Magistrate Judge