# FRANCIS L. O'REILLY
―――― ATTORNEY AT LAW ――――

FRANCIS L. O'REILLY
FRANKOREILLY9@GMAIL.COM

1735 POST ROAD, SUITE 2C
FAIRFIELD, CT 06824
TEL: (203) 319-0707
FAX: (203) 319-0128

## MEMO ENDORSED

July 19, 2022

Honorable Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains. NY 10601

Re:     United States v. Jazzna Wilcher
        DK# 22CR88(KMK)

Dear Judge Karas:

Please be informed that I represent Jazzna Wilcher in the above referenced matter. I am writing to request a thirty day adjournment of her sentencing currently scheduled for July 26, 2022. The basis for this request is that on July 26, 2022, I will be on trial in the District of Connecticut before the Honorable Jeffrey A. Meyer in the matter of United States v. Kareem Swinton. I have contacted Assistant United States Attorney Jennifer Ong and she has informed me that the government has no objection to this request. Lastly, I'd like to inform the Court that I will be unavailable from August 22, 2022 to August 26, 2022, and that I am beginning another trial on September 7, 2022, which should last approximately three weeks. Therefore, for all of the above reasons I ask that the Honorable Court grant this request and reschedule the sentencing for mid to late August 2022.

Very truly yours,

Francis L. O'Reilly

Granted. Sentence is adjourned to 10/ 12 /22,
at 11:00 The Court is not available in mid to late
August and is not available the last week of
September.

So Ordered.

7/19/22