# FRANCIS L. O'REILLY
## ATTORNEY AT LAW

FRANCIS L. O'REILLY
FRANKOREILLY9@GMAIL.COM

MEMO ENDORSED

1735 POST ROAD, SUITE 2C
FAIRFIELD, CT 06824
TEL: (203) 319-0707
FAX: (203) 319-0128

October 5, 2022

Honorable Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re:  United States v. Jazzna Wilcher, DK#7:22CR88(KMK)

Dear Judge Karas:

Please accept this letter as a consent motion to adjourn the defendant's sentencing currently scheduled for October 12, 2022. The basis for this request is that the undersigned is on trial in the case of United States v. Jason Cox, before the Honorable Victor A. Bolden, in the District of Connecticut. This trial began September 7, 2022, and was scheduled to last four weeks, however, two of the lawyers and one juror contracted the corona virus which caused a suspension of the trial for six trial days. The trial is now expected to be completed the week of October 17, 2022. Therefore the undersigned is requesting an adjournment of Ms. Wilchers's sentencing for six weeks. The undersigned would like to inform the Court that he will be unavailable from November 4, 2022 until November 19, 2022 and I have another trial commencing on December 5, 2022. Lastly, I have contacted Assistant United States Attorney, Jennifer Ong, and she has no objection to this request.

Very truly yours,

Francis L. O'Reilly

Granted. The Court will reschedule the sentence.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
10/5/2022