FORM USA-33s-13 - (Order Returning Cash Bail)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA         :

        - v -                                    :     **ORDER**

JAZZNA WILCHER,                         :     22 Cr. 00088 (KMK)

                    Defendant.          :
-----------------------------------------------------------x

       An order having heretofore been made in this case authorizing the Clerk of this Court to accept the sum of One Thousand Dollars ($1,000.00) cash, to deposit the same in the registry of this Court in lieu and place of bail for the appearance of the above named defendant before the United States District Court for the Southern District of New York in accordance with the provisions of the bond given by the said defendant; and subsequently on November 2, 2022, the Honorable Kenneth M. Karas sentenced the defendant to Time Served, 3 years of supervised release and $100 Special Assessment.

       IT IS HEREBY ORDERED that the Clerk of this Court pay out of the registry of this Court the sum of One Thousand Dollars ($1,000.00) less the Clerk's fees, if any, to Thomas J. Wilcher, Jr., 602 Routzhan Lane, Federalsburg, MD 21632, the assignee of the cash bail posted by the defendant.

Dated: White Plains, New York
         December 2?, 2022

                                                     UNITED STATES DISTRICT JUDGE

CONSENTED TO
UNITED STATES ATTORNEY

By: _____
Jennifer Ong
Assistant United States Attorney
Telephone: (914) 993-1926

original receipt was taken by Leslie in the Finance Dept to forward to finance dept in Manhattan (headquarters). — 11/2/2022

```
Division: 7
Receipt Number: 465487018741
Cashier ID: Lalvarad
Transaction Date: 11/02/2021
Payer Name: THOMAS J WILCHER JR
------------------------------------------------
TREASURY REGISTRY
For: JAZZNA L WILCHER
Case/Part.: 0-NYC-7-21-MJ-007735-001
Amount:                    $1,000.00
------------------------------------------------
CHECK
   Check/Money Order Num: 679050195a
   Amt Tendered:           $1,000.00
------------------------------------------------
                           $1,000.00
Total Due:                 $1,000.00
Total Tendered:            $1,000.00
Change Amt:                    $0.00
```